THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL KOSMOSKI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued November 17, 1926; decided December 3, 1926.)

APPEAL from a judgment of the Supreme Court, rendered September 25, 1925, at a Trial Term for the county of Erie upon a verdict convicting the defendant of the crime of murder in the first degree.

*Sidney N. Elsner* for appellant.

*Guy B. Moore, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.